EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

WES R. PORTER
Sp. Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 0 4 2002
at __ o'clock and __ min __ M
WALTER A.Y.H. CHINN, CLERK

SEALED
BY ORDER OF THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>BRIAN C. McEWEN,<br><br>        Defendant. | CR. NO. CR02 00118 SOM<br><br>**INDICTMENT**<br><br>[18 U.S.C. § 922(g)(3);<br> 18 U.S.C. § 924(a)(2)] |

### I N D I C T M E N T

The Grand Jury charges that:

On or about January 12, 2002, in the District of Hawaii, defendant BRIAN C. McEWEN, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting

\\

commerce a firearm, to wit, an Armi Tanfoglio Gardone V.T. Itally Model TA .22 caliber revolver bearing Serial Number 847007.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: April 4, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


_____
for ELLIOT ENOKI
First Assistant U.S. Attorney


_____
WES R. PORTER
Sp. Assistant U.S. Attorney



USA v. McEwen;
"Indictment"