Prob 35
(1/92)

ORIGINAL

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

**United States District Court**
FOR THE

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 6 2006

at 2 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                                    Criminal No. CR 02-00118SOM-01

BRIAN C. McEWEN

On 12/8/03, the above named was placed on supervised release for a period of 3 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release at this time, having served 24 months of supervision.

Respectfully submitted,

_____
JOYCE K.F.K. LUM
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 3rd day of January, 2006.

_____
SUSAN OKI MOLLWAY
U.S. District Judge